IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-51038
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARTURO VILLARREAL, JR.,
also known as Tati,

Defendant-Appellant.

_____

Appeal from the United States District Court
For the Western District of Texas
(W-95-CR-7-1)
_____

September 7, 2001

Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.